The order below is hereby signed.

Signed: March 8 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br><br>**Quincy Street Townhomes II LLC,**<br><br>Debtor. | Case No. 19-00827 (ELG)<br><br>Chapter 11 |

### ORDER APPROVING SETTLEMENT OF OBJECTION TO CLAIM OF CMX CONSTRUCTION GROUP LLC

The Court having considered the *Motion for Approval of Settlement of Debtor's Objection to Claim of CMX Construction Group LLC ("CMX")* (the "Motion"); and the Court having found that notice of the Motion was proper and that the settlement proposed in the Motion is reasonable and in the best interest of the estate and creditors;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Motion is granted; and

2. CMX is allowed an unsecured claim in the amount of $212,045.00 in this case.

**WE ASK FOR THIS:**

*/s/ Nelson C. Cohen*
Nelson C. Cohen (DC Bar No. 08994)
WHITEFORD TAYLOR & PRESTON, LLP
111 Rockville Pike, Suite 800
Rockville, Maryland 20852
Telephone: (301) 804-3618
Facsimile: (301) 804-3647
Email: ncohen@wtplaw.com
*Counsel for Debtor*


/s/ *James M. Loots*
James M. Loots #384763
Law Offices of James M. Loots PC
634 G Street SE Ste 200
Washington DC 20003
(202) 536-5650
Facsimile (202) 315-3515
Email: jloots@lootslaw.com
*Counsel for CMX Construction Group LLC*


*/s/ Mary Joanne Dowd*
Mary Joanne Dowd, DC Bar No. 400276
Arent Fox LLP
1717 K Street, NW
Washington, DC 20036-5342
Telephone: (202) 857-6059
Facsimile: (202) 857-6395
Email: mary.dowd@arentfox.com
*Counsel for ACF Holding DE LLC*


*/s/ Kristen S. Eustis*
Kristen S. Eustis (Federal Bar No. MD 28984)
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for U.S. Trustee*

Copies to: All attorneys who have entered an appearance and who are registered e-filers.

# [End of Order]

## CERTIFICATION AS TO CONSENT ORDER

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and that the signatures represented by the /s/ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

*/s/ Nelson C. Cohen*
Nelson C. Cohen